UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:25-cv-12019-MCS-MAA** | Date | June 8, 2026 |
| --- | --- | --- | --- |

| Title | *Bosco v. First Advantage Background Servs. Corp.* |
| --- | --- |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER IMPOSING SANCTIONS, REQUIRING PLAINTIFF TO SHOW CAUSE RE: FURTHER SANCTIONS, AND VACATING SCHEDULING CONFERENCE**

The Court ordered lead trial counsel to appear at the scheduling conference on June 8, 2026. (*See* Order Setting Scheduling Conference § II(c), ECF No. 27; *see also* Initial Standing Order § 2, ECF No. 13.) Plaintiff Kennedy Bosco, who is self-represented, did not appear.

If a party fails to appear at a scheduling conference, "the court must order the party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred." Fed. R. Civ. P. 16(f)(2). Accordingly, the Court orders Plaintiff to pay Defendant First Advantage Background Services Corporation the reasonable expenses it incurred because of Plaintiff's nonappearance, including but not limited to attorney's fees incurred to attend the hearing. If the parties agree on the measure of the sanction, Plaintiff shall pay the agreed sum, and the parties shall file within 14 days a joint statement indicating Plaintiff completed the payment. If the parties cannot agree on the measure of the sanction, Defendant instead may file within 21 days a joint motion for an award of expenses. Any such motion may seek an award for fees incurred to file the motion.

---

The Court orders Plaintiff to show cause why further sanctions should not be imposed, including but not limited to dismissal, Fed. R. Civ. P. 16(f)(1), 37(b)(2)(A)(v), and monetary sanctions payable to the Clerk in the amount of $300, *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44–45 (1991). Failure to file a timely and satisfactory response will result in imposition of further sanctions without further notice.

The scheduling conference is vacated. A scheduling order will issue. The Court warns the parties that the case schedule set therein, which is shorter than what the parties proposed, is firm and will be modified only upon an extraordinary showing of good cause.

**IT IS SO ORDERED.**