UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-12019-MCS-MAA | Date | June 16, 2026 |
| --- | --- | --- | --- |

| Title | *Bosco v. First Advantage Background Servs. Corp.* |
| --- | --- |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court ordered Plaintiff Kennedy Bosco, a self-represented litigant, to show cause why further sanctions should not be imposed after he failed to appear at the scheduling conference. (Order, ECF No. 38.) Plaintiff filed a responsive declaration. (Bosco Decl., ECF No. 41.) Having reviewed the response, the Court discharges the order to show cause.

The Court notes that Plaintiff avers that he does "not possess the financial means, disposable capital, or transportational resources" to appear in-person at hearings. (*Id.* ¶ 3.) As Plaintiff is aware, the Court does not permit remote appearances. (Initial Standing Order § 2, ECF No. 13.) The Court makes no exception for litigants and attorneys who do not live or work in this district, let alone for individuals whose addresses of record, like Plaintiff's, are within the service area of the LA Metro public transportation system.[1] The Court takes into consideration the representation and in forma pauperis statuses of litigants when deciding to hold hearings. *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. The Court warns that failure

---

[1] The Felicitas and Gonzalo Mendez United States Courthouse is conveniently located within a block of A, B, D, and E Line stations.

CIVIL MINUTES – GENERAL   Initials of Deputy Clerk SMO

to appear at any further hearing where Plaintiff's appearance is mandatory will result in dismissal of the case without further warning. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**