Name: **KENNEDY BOSCO**

Address: 2632 Wilshire Blvd #300

Santa Monica, CA 90403

Phone: 832-887-5716

Email: kennedybosco@gmail.com

In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

6/17/26

CENTRAL DISTRICT OF CALIFORNIA

BY ___CS___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY BOSCO, <br><br> Plaintiff <br><br> v. <br><br> FIRST ADVANTAGE BACKGROUND SERVICES CORP <br><br> Defendant(s). | CASE NUMBER: **2:25-cv-12019-MCS-MAA** <br><br> **PLAINTIFF'S CERTIFICATE OF ELECTRONIC SERVICE** <br><br> Judge: Hon. Mark C. Scarsi Courtroom: 7C (First Street Division) <br><br> **[FED. R. CIV. P. 5]** |

## CERTIFICATE OF SERVICE

I, Kennedy Bosco, declare as follows pursuant to 28 U.S.C. § 1746:

I am over the age of 18, am the Plaintiff pro se in this action, and am currently physically residing in Brooklyn, New York. My designated address for mail service of record is 2632 Wilshire Blvd #300, Santa Monica, CA 90403.

On June 17, 2026, I served a true and correct copy of Plaintiff's Notice of Motion and Motion to Confirm Remote Pretrial Access Pursuant to 28 U.S.C. § 1915 and Compel Remote Discovery Under FRCP 30(b)(4), including the accompanying Local Rule 7-3 Certification, Memorandum of Points and Authorities, Supporting Declaration of Kennedy Bosco, and [Proposed] Order, upon Defendant's counsel of record.

1

**Method of Service:** Pursuant to the active case agreements between the parties and the provisions of Federal Rule of Civil Procedure 5(b)(2)(E), service was effectuated electronically via electronic mail (email) transmission from my authorized account (kennedybosco@gmail.com) directly to Defendant's lead counsel of record at the following verified endpoints:

- Jasmine Jane Stanzick, Esq. (JStanzick@seyfarth.com)

- Esther Slater, Esq. (EMcDonald@seyfarth.com)

- Katherine Smith, Esq. (katsmith@seyfarth.com)

The transmission was completed successfully on June 17, 2026, and no delivery failures, bounce-backs, or system rejections were encountered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026

By: _____

Kennedy Bosco, Plaintiff Pro Se

2

**PLAINTIFF'S CERTIFICATE OF ELECTRONIC SERVICE**