Name: **KENNEDY BOSCO**

Address: 2632 Wilshire Blvd #300

Santa Monica, CA 90403

Phone: 832-887-5716

Email: kennedybosco@gmail.com

In Pro Per

**FILED**

CLERK, U.S. DISTRICT COURT

**6/22/26**

CENTRAL DISTRICT OF CALIFORNIA

BY _____CS_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KENNEDY BOSCO | CASE NUMBER: 2:25-cv-12019-MCS-MAA |
|---|---|
| Plaintiff<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>Defendant(s). | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>[Hon. Judge Mark C. Scarsi]<br>Hearing Date: [To Be Scheduled]<br>Time: 10:00 AM / Courtroom: 7C |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Mr. Bosco hereby moves this Court, located at 350 West 1st Street, Los Angeles, CA 90012, Courtroom 7C, for an order granting Summary Judgment in favor of Plaintiff and against Defendant First Advantage Background Services Corp. pursuant to Federal Rule of Civil Procedure 56.

This Motion is based upon the ground that there is no genuine dispute as to any material fact, and Plaintiff is entitled to judgment as a matter of law on the issue of liability under California Labor Code § 432.7(a)(1) and California Civil Code § 1786.18(a)(7). As conclusively established by Defendant's signed June 15, 2026 discovery concessions and internal system audit architecture (including the

1
___

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

CID History Workbook, SPII Audit Log, and internal data masking logs),
Defendant willfully disseminated prohibited non-conviction public record tracking
metadata to a private joint employer.

This Motion is supported by this Notice, the concurrently filed Expanded Local
Rule 56-1 Statement of Uncontroverted Facts, the Sworn Declaration of Kennedy
Bosco, the attached business record exhibits, and all pleadings and records already
on file in this action.

Dated: June 22, 2026

Respectfully submitted,

By: /s/ Kennedy Bosco
Mr. Bosco
Plaintiff Pro Se

2

**PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**