Name: __KENNEDY BOSCO__

Address: __2632 Wilshire Blvd #300__

__Santa Monica, CA 90403__

Phone: __832-887-5716__

Email: __kennedybosco@gmail.com__

In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

6/22/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY BOSCO <br><br> Plaintiff <br><br> v. <br><br> FIRST ADVANTAGE BACKGROUND SERVICES CORP., <br><br> Defendant(s). | CASE NUMBER: 2:25-cv-12019-MCS-MAA <br><br> PLAINTIFF'S CONSOLIDATED CERTIFICATE OF ELECTRONIC SERVICE PURSUANT TO FRCP 5 <br><br> [Hon. Judge Mark C. Scarsi] <br><br> Docket Ref: No. 40 / L.R. 56-1 |

### I. CERTIFICATE OF ELECTRONIC SERVICE

I, Mr. Bosco, declare as follows pursuant to 28 U.S.C. § 1746:

I am over the age of 18, am the Plaintiff pro se in the above-captioned civil action, and am currently physically residing and displaced within Brooklyn, New York. My designated address of record for the forwarding and receipt of physical mail service is 2632 Wilshire Blvd #300, Santa Monica, CA 90403.

On June 22, 2026, I served a true and correct copy of the following documents:

**1. PLAINTIFF'S EXPANDED LOCAL RULE 56-1 STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF SUMMARY JUDGMENT**

1

**PLAINTIFF'S CERTIFICATE OF SERVICE**

**2. PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION (ADR) SELECTION BRIEF; AND MOTION FOR REMOTE ADR PARTICIPATION**

**Method of Transmittal:** Pursuant to the standing case management protocols between the parties and the express electronic delivery pathways set forth under Federal Rule of Civil Procedure 5(b)(2)(E), service was completed successfully by transmitting flattened, un-redacted PDF copies directly from my verified electronic email account (kennedybosco@gmail.com) to Defendant's authorized legal agents of record at Seyfarth Shaw LLP at the following specific endpoints:

- Jasmine Jane Stanzick, Esq. (JStanzick@seyfarth.com)
- Esther Slater, Esq. (EMcDonald@seyfarth.com)
- Katherine Smith, Esq. (katsmith@seyfarth.com)

The outbound transmission cleared my host servers successfully on June 22, 2026. No bounce-backs, system rejections, or electronic delivery failures were encountered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing data logging information is true and correct.

Executed on June 22, 2026

By: /s/ Kennedy Bosco

Kennedy Bosco

Plaintiff Pro Se

2

**PLAINTIFF'S CERTIFICATE OF SERVICE**