Name: **KENNEDY BOSCO**

Address: 2632 Wilshire Blvd #300

Santa Monica, CA 90403

Phone: 832-887-5716

Email: kennedybosco@gmail.com

In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

6/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KENNEDY BOSCO

Plaintiff

v.

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

Defendant(s).

CASE NUMBER: 2:25-cv-12019-MCS-MAA

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF INTEGRATED OPPOSITION (DOC. 50): EXHIBIT B**

Hon. Judge Mark C. Scarsi
Courtroom: 7C

# EXHIBIT B

**[ATTACH A TRUE AND CORRECT PRINTOUT OF THE JUNE 12, 2026**

**MEET-AND-CONFER EMAIL HERE]**

1

**PLAINTIFF'S CERTIFICATE OF SERVICE**

 **KENNEDY BOSCO <kennedybosco@gmail.com>**

## Plaintiff's Formal Correspondence Regarding Fee-Shift Demand-2:25-cv-12019-MCS-MAA

1 message

---

**KENNEDY BOSCO** <kennedybosco@gmail.com>                    Fri, Jun 12, 2026 at 8:41 PM
To: Jasmine <JStanzick@seyfarth.com>
Cc: Katherine <katsmith@seyfarth.com>, "McDonald, Esther Slater" <EMcDonald@seyfarth.com>
Bcc: KENNEDY BOSCO <kennedybosco@gmail.com>

Ms. Stanzick,

I write in acknowledgment of your correspondence dated **June 11, 2026**, concerning the fee-shift parameters referenced in the Court's **June 8, 2026 Order** (Dkt. 38).

Please be advised that **I do not consent to or accept** the proposed sum of **$4,087.73**.

First, as a litigant proceeding under **court-approved In Forma Pauperis status** (Dkt. 11), I am fully indigent and lack the financial capacity or capital resources to satisfy corporate fee-shift demands of this nature.

Second, the itemized invoice you provided contains **legally unsustainable billing entries**. Under long-standing Ninth Circuit authority, **pure travel time on public transit—absent any showing of contemporaneous, active legal work— is not compensable at full attorney rates**. The assertion of **$3,966.75** in legal fees for a **0.65-hour case management conference** is facially unreasonable and inconsistent with the lodestar calibration standard.

I remain willing to **meet and confer in good faith** regarding reasonable, actually incurred expenses. However, should First Advantage elect to proceed by formal motion, I am prepared to place these billing parameters—together with my active indigent status—before Judge Scarsi for evidentiary review.

Additionally, please find attached a **true and correct copy** of **Plaintiff's Written Response to the June 8, 2026 Order to Show Cause Re: Sanctions and Special Mitigation of Procedural Standing**, which has been formally submitted to the Court this evening.

Respectfully,
**Kennedy Bosco**
Plaintiff, Pro Se

---

📄 **BOSCO_1_RESPONSE_TO_OSC_DKT_38_OFFSUB (3).pdf**
97K