Name: __KENNEDY BOSCO__

Address: __2632 Wilshire Blvd #300__

__Santa Monica, CA 90403__

Phone: __832-887-5716__

Email: __kennedybosco@gmail.com__

In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

6/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY BOSCO | CASE NUMBER: 2:25-cv-12019-MCS-MAA |
| Plaintiff | **CERTIFICATE OF ELECTRONIC SERVICE** |
| v. | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | |
| Defendant(s). | [Hon. Judge Mark C. Scarsi] |

### CERTIFICATE OF ELECTRONIC SERVICE

I, Mr. Bosco, hereby certify that on June 29, 2026, I served a true and correct

copy of the foregoing PLAINTIFF'S INTEGRATED OPPOSITION TO DEFENDANT'S FEE

PETITION AND MATERIALLY INFLATED LODESTAR SUMMARY CHARTS (DOC. 52-4)

upon all counsel of record via electronic mail transmission pursuant to the Central District's

electronic filing and EDSS integration protocols, addressed as follows:

Jasmine Stanzick, Esq.

Seyfarth Shaw LLP

jstanzick@seyfarth.com

Lead Attorney of Record for Defendant First Advantage Background Services Corp.

1

### CERTIFICATE OF ELECTRONIC SERVICE

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on June 29, 2026

By: /s/ Mr. Kennedy Bosco
Mr. Bosco, Plaintiff Pro Se

2

**CERTIFICATE OF ELECTRONIC SERVICE**