Name, Address and Telephone Number of Attorney(s):

Kennedy Bosco, Plaintiff Pro Se
2632 Wilshire Boulevard #300,
Santa Monica, California 90403
832-887-5716

```
┌─────────────────────────────────────────┐
│                 FILED                     │
│      CLERK, U.S. DISTRICT COURT           │
│                                           │
│            7/1/2026                        │
│                                           │
│     CENTRAL DISTRICT OF CALIFORNIA        │
│     BY_____jji_____DEPUTY               │
│     DOCUMENT SUBMITTED THROUGH THE        │
│  ELECTRONIC DOCUMENT SUBMISSION SYSTEM    │
└─────────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KENNEDY BOSCO, | CASE NUMBER:  2:25-cv-12019-MCS-MAA |
|---|---|
| Plaintiff(s) v. | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

NOTE:  *This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☐  The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. _____ has contacted (Print Name) the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on _____ and counsel will submit mediation statements seven calendar days (Date) before the session.

☒  The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: FCRA, consumer reporting, and employment background screening matters.

Dated:  07/01/2026 _____

_____
Attorney For Plaintiff    /s/ Kennedy Bosco

Dated: _____

_____
Attorney For Plaintiff

Dated:  07/01/2026

_____
Attorney For Defendant    First Advantage Background Services Corp.

Dated: _____

_____
Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**